

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00956-CV

**IN THE INTEREST OF E.S.P., C.S.P., AND U.A.S.P.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00931
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 17, 2024.

_____
Lori I. Valenzuela, Justice